UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACY TUTOR,<br><br>*Plaintiff*,<br><br>v.<br><br>OREN ALEXANDER,<br><br>*Defendant*. | Case No. _____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff Tracy Tutor files this complaint against Defendant Oren Alexander and alleges as follows:

## **INTRODUCTION**

1. For more than a decade, brothers Oren, Alon, and Tal Alexander engaged in a practice of drugging and sexually assaulting women. That practice began when they were young and continued into their adult years, even as Oren and Tal gained success and notoriety as luxury real estate brokers. In fact, Oren at times used his position as a star real estate broker to entice women so that he could drug and assault them.

2. Plaintiff Tracy Tutor is a real estate professional, author, and television personality who has been a key player in the Los Angeles real estate market for many years (and now in Texas), and is popularly known for her role on Bravo's *Million Dollar Listing Los Angeles*. She is also a victim of Oren Alexander's ruthless abuse of women, and one who is now coming forward to help expose that abuse.

3. In 2014, Ms. Tutor was approached by representatives of Douglas Elliman, Inc. ("Douglas Elliman") with an offer to join the well-known real estate brokerage as an agent for its new Los Angeles office. As part of its recruitment efforts, Douglas Elliman paid for Ms. Tutor to

1

fly out from Los Angeles to New York for a networking reception featuring many of the company's top executives and agents, as well as a recruitment dinner later that night. Ms. Tutor did not know that she would cross paths that night with Oren Alexander, a man with a history of slipping drugs into women's drinks so that he could sexually assault them.

4. Tragically, Oren Alexander did exactly that. At the dinner after the reception, Ms. Tutor accepted a drink from someone, which she did not order, and blacked out not long afterwards. As Ms. Tutor learned recently, at some point during the dinner, she left the table. Cory Weiss, a friend of hers who was also at the dinner and had just started working at Douglas Elliman, went to look for her. He found Ms. Tutor in a men's restroom stall with Oren kissing her, his shirt open, and Ms. Tutor acting "out of her mind." Mr. Weiss confronted Oren and eventually managed to bring Ms. Tutor back to the table. He asked someone else at the event to make sure Ms. Tutor got back to her hotel safely that night.

5. Unfortunately, that did not happen. Ms. Tutor woke up alone in someone else's hotel room the next morning after having been sexually assaulted. After realizing she was not in her own hotel room, she called Mr. Weiss, frantic and unaware of what had happened. He told her to call security, and she did. When Mr. Weiss showed up to help her, two security guards were in the room with her. Later that day Mr. Weiss managed to get Ms. Tutor's handbag back, somehow from Oren's assistant who, on information and belief, was a woman named Sarah Williams.

6. Ms. Tutor never knew what happened that night, and she suppressed the memories of the following morning—a common phenomenon for people after experiencing traumatic events. In the spring and summer of 2024, however, three brave women sued Oren and his twin brother, Alon Alexander, alleging that they had been sexually assaulted, and one alleging that she had been drugged. For Ms. Tutor, the painful memories came flooding back. Ms. Tutor began to discuss

that night again with Mr. Weiss—how she couldn't recall what had happened—and she learned from Mr. Weiss about her interactions with Oren. Mr. Weiss also reminded Ms. Tutor about events she had long since suppressed: the fact that she had not woken up in her own hotel room the next morning, and the fact that Mr. Weiss had retrieved her handbag from Oren's assistant.

7. News of Oren's and his brothers' practice of sexually assaulting women has shocked the real estate industry. Oren and Tal Alexander were two of the most well-known real estate agents in two of the biggest markets, and they had created a successful reputation as agents for the rich and the famous. Indeed, they were so successful that they went on to open their own brokerage—until it all came crashing down when their many victims came forward.

8. In the spring of 2024, Kate Whiteman and Rebecca Mandel brought separate lawsuits against Oren and Alon Alexander in New York Supreme Court. Whiteman's lawsuit alleged that after she met the brothers at a night club in Manhattan, the brothers forced her into a car and drove her to a property in the Hamptons where they sexually assaulted her. Mandel's lawsuit alleged that the brothers drugged and sexually assaulted her at Oren's and Alon's apartment in Manhattan. Shortly thereafter, in June 2024, Angelica Parker sued Oren, Alon, and Tal in New York Supreme Court alleging that Alon and Tal sexually assaulted her in their Manhattan apartment while Oren watched. Since then, dozens of other women have come forward to tell their stories and shine further light on the Alexander brothers' practice of drugging and assaulting women. For example, Maylen Gehret sued Oren and Alon in federal court in Colorado, alleging that after meeting the brothers at a club in Aspen when she was only 17 years old, the brothers drugged her and her friends, took them to another location, and sexually assaulted them.

9. More recently, in February 2025, Milena Koste and four other women sued Oren, Tal, and Alon, as well as Douglas Elliman and its former Chief Executive Officer Howard Lorber,

3

in New York Supreme Court alleging that the Alexander brothers had engaged in a practice for more than a decade of sexually abusing, assaulting, drugging, and raping women.

10. Oren is liable under the Victims of Gender-Motivated Violence Protection Act (GMVA), N.Y.C. Admin. Code § 10-1104, for his assault of Ms. Tutor. And he is liable under the Trafficking Victims Protection and Reauthorization Act (TVPRA), 18 U.S.C. §§ 1591, 1595, because, on information and belief, he enticed Ms. Tutor to attend the recruiting events in February 2014, knowing about the risk that awaited her.

## JURY DEMAND

11. Plaintiff hereby demands a trial by jury.

## THE PARTIES

12. Plaintiff Tracy Tutor is a citizen of the state of California.

13. Defendant Oren Alexander is a citizen of the state of New York.

## JURISDICTION AND VENUE

14. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

15. This Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because this case arises under the Trafficking Victims Protection and Reauthorization Act, 18 U.S.C. §§ 1591, 1595.

16. This Court has personal jurisdiction over Oren Alexander because he is domiciled in New York.

17. This Court also has personal jurisdiction over Oren Alexander pursuant to New York's long arm statute, CPLR § 302(a)(2), because this action arises in significant part from Alexander's tortious conduct committed within New York.

18. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Ms. Tutor's claims occurred in this District.

## BACKGROUND

### A. Seeing a star in Ms. Tutor, Douglas Elliman works hard to recruit her

19. Tracy Tutor is a highly successful real estate professional, author, and television personality who is widely known as one of the stars of the Bravo television show *Million Dollar Listing Los Angeles*.

20. Ms. Tutor began her career in real estate in California in the early 2000s, and she has worked with several well-known real estate companies over the years, including Sotheby's, Partners Trust Realty Group, The Agency, and today Compass.

21. In recognition of her success as a real estate agent and her broad appeal, Ms. Tutor was asked in 2017 to become the first female agent to star in *Million Dollar Listing Los Angeles*, a reality television series that follows high-profile realtors who work on some of the most expensive residential property deals in the Los Angeles area. She has been featured on the show ever since.

22. Ms. Tutor caught the eye of Douglas Elliman in 2013, shortly after the company decided to open an office in Los Angeles. Douglas Elliman is one of the largest residential real estate brokerages in the country, involved in more than $34.4 billion in sales and rental transactions annually and with approximately 120 offices across the country in cities like New York, Los Angeles, Miami, and Dallas.

23. Cory Weiss, who had known Ms. Tutor for years and previously worked with her at Partners Trust Realty Group, approached her about joining him at Douglas Elliman's new Los Angeles office in late 2013. Ms. Tutor was attracted by the opportunity to work with one of the premier real estate companies in the United States, and particularly one that had two powerful women at the helm.

5

24. The recruiting process included discussions with decisionmakers at the highest level. Those discussions also involved top decisionmakers flying from New York to Los Angeles to meet with Ms. Tutor, and with one of those decisionmakers meeting with Ms. Tutor at her Brentwood home.

### B. Ms. Tutor is invited to a Douglas Elliman recruiting and networking event, where she is sexually assaulted

25. In early 2014, as part of its ongoing recruitment efforts, Douglas Elliman offered to pay for Ms. Tutor to fly from Los Angeles and stay in New York to attend its *Top Producer Cocktail Reception* held on February 10, 2014 at The Skylark. The reception was hosted by Howard Lorber and Dottie Herman, who led Douglas Elliman at the time, and would be attended by numerous executives and agents, including Susan de França, President and CEO of DE Development Marketing. This invitation presented a unique opportunity to meet and network with several of Douglas Elliman's power players and star agents and would further the valuable opportunity for Ms. Tutor to potentially join Douglas Elliman, which she believed could significantly grow her business.

26. Ms. Tutor accepted Douglas Elliman's invitation and came to New York for the reception. She was impressed by the people she met there and believed it was important to continue to network with these Douglas Elliman stars, so when she was offered the opportunity to attend a recruitment dinner later that night, she gladly accepted. Mr. Weiss, who was at the reception as well, mentioned that Oren Alexander, a highly successful Douglas Elliman agent, would be at the dinner. Ms. Tutor looked forward to meeting him, believing he would be a key person to refer Los Angeles business to her if she joined and helped to build the new office.

27. When Ms. Tutor arrived at the restaurant for the recruitment dinner, the table was not yet ready, so the group ordered drinks from the bar. Oren was there, among the group of

approximately eight to ten people. Unbeknownst to Ms. Tutor, Oren had a practice of drugging and sexually assaulting women, as several women have now alleged, including Rebecca Mandel and Maylen Gehret in their lawsuits against Oren and his brothers. In fact, on information and belief, Oren and his brothers filmed some of their assaults. Oren also used his position and stature as a star agent at Douglas Elliman to lure women, including other real estate brokers. For example, another former top-rated broker has said she believes that Oren and Tal Alexander had drugged her at a party for former Douglas Elliman CEO Lorber's son in 2010.

28. After the group ordered drinks, Ms. Tutor was handed a large, pink cocktail—one that she would not have ordered for herself, given that her drink of choice at the time was a tequila soda. But Ms. Tutor felt it was important to appear social and participatory given that she was vying for a job and hoping to network with top agents who could refer her business. So, not wanting to refuse a drink in this context, she took it. Shortly after consuming the drink, she blacked out, losing her memory of the rest of that evening.

29. During the dinner, Mr. Weiss realized that Ms. Tutor had disappeared from the table for a substantial amount of time, so he went to look for her. Unable to find her, Mr. Weiss eventually entered the men's restroom, where he heard Ms. Tutor's voice coming from a stall. When Mr. Weiss managed to get the door open, he saw Ms. Tutor and Oren, who had his shirt unbuttoned and was kissing her and, on information and belief, was touching her in intimate areas for his own sexual gratification. Ms. Tutor appeared to Mr. Weiss to be out of sorts and told Mr. Weiss to leave them alone, but Mr. Weiss knew that something was wrong. This behavior was totally out of character for Ms. Tutor—she was, in his words, "out of her mind." And unbeknownst to Mr. Weiss at the time, Ms. Tutor's behavior was consistent with being drugged by Oren, as many

women have accused Oren and his brothers of doing. Mr. Weiss proceeded to get into a heated argument with Oren and eventually managed to extricate Ms. Tutor from the restroom.

30. Shaken by this interaction, concerned for his own job security, and not knowing that Ms. Tutor had been drugged, Mr. Weiss decided to leave the dinner. Still concerned for Ms. Tutor, however, he requested that someone else at the event make sure that Ms. Tutor got back to her hotel safely. Unfortunately, she did not.

31. For more than a decade since that night, Ms. Tutor believed that she had woken up the next morning in her own hotel room. But in 2024, Whiteman, Mandel, and Parker filed lawsuits accusing the Alexander brothers of drugging and sexually assaulting them; similar accusations from dozens of women appeared in news reporting from several media outlets, including *The New York Times*, *The Wall Street Journal*, and leading real estate news outlet *The Real Deal*; and many other women have since filed lawsuits telling their stories of being assaulted and raped by the brothers, many after being drugged. After reading these allegations against the Alexander brothers and speaking more with others about that night, including Mr. Weiss, several critical memories returned to Ms. Tutor, who eventually went on the record for an article in *The New York Times* to discuss what happened to her.[1]

32. Ms. Tutor now recalls that she woke up in someone else's hotel room the next morning, naked and alone. She had started her period that week and used a tampon the day before, but when she woke up, her tampon had been removed and she was surrounded by blood. Feeling shocked, confused, and vulnerable, Ms. Tutor called Mr. Weiss for help. Mr. Weiss told her to call security immediately, which she did. When Mr. Weiss arrived at the hotel, he was met by two hotel

---

[1] *See* Debra Kamin, *These Brothers Were Real Estate Hotshots. And Predators, Some Women Say.*, N.Y. TIMES (July 24, 2024), https://www.nytimes.com/2024/07/24/realestate/tal-oren-alexander-sexual-assault.html.

employees who only allowed him to take Ms. Tutor with him after he and Ms. Tutor convinced the employees that Mr. Weiss was her friend. Ms. Tutor returned with Mr. Weiss to her hotel room.

33. Ms. Tutor was also panicked about losing her purse, which she did not have on her when she woke up. After helping to get her back to her hotel, Mr. Weiss took it upon himself to try to find it. After some outreach to others who had attended the reception and dinner, Mr. Weiss learned that, bizarrely, Oren Alexander's assistant, Ms. Williams, had Ms. Tutor's purse. Mr. Weiss agreed to meet Ms. Williams to retrieve the purse, who, when handing over the purse, asked Mr. Weiss, "Are we good?"

34. Also telling, after publication of *The New York Times* article in which Ms. Tutor discussed blacking out after sharing a drink with Oren at the *Top Producer Cocktail Reception*, the man who assaulted Ms. Tutor in his hotel room that night called Ms. Tutor while he was on vacation with his family and left her a voicemail saying, "I'm sorry."

35. Since the few memories that Ms. Tutor has of that night and the next morning have come rushing back, she has experienced serious psychological and emotional distress and has sought counseling to help her process and, hopefully, move beyond the trauma of the assaults.

## CAUSES OF ACTION

### COUNT I
### N.Y.C. Admin. Code § 10-1104 – Victims of Gender-Motivated Violence Protection Act (GMVA)

36. Ms. Tutor realleges and incorporates all allegations in this Complaint, as if set forth fully herein.

37. Oren's assault of Ms. Tutor constitutes a "crime of violence motivated by gender" against Ms. Tutor.

38. Oren sexually assaulted Ms. Tutor because Ms. Tutor is a woman, and at least in part because of his animus against women. That animus is reflected in Oren's assault of Ms. Tutor

9

and Oren's assaults of other women.

39. Oren's assault of Ms. Tutor directly and proximately caused her to sustain monetary damages and serious psychological and emotional distress.

40. Ms. Tutor is entitled to damages resulting from the sexual assault committed by Oren in an amount to be determined at trial, as well as reasonable attorneys' fees pursuant to N.Y.C. Admin. Code § 10-1104. Additionally, Oren's gender-motivated violence against Ms. Tutor entitles her to punitive damages.

41. Ms. Tutor's claim under N.Y.C. Admin. Code § 10-1104 is timely because (a) the alleged crime of violence motivated by gender occurred after December 19, 2000 and before January 9, 2022, and (b) Ms. Tutor commenced this action not later than 18 months after January 29, 2026, the date that the local law that added this section took effect.

## COUNT II
## 18 U.S.C. §§ 1591, 1595 – Trafficking Victims Protection and Reauthorization Act (TVPRA)

42. Ms. Tutor realleges and incorporates all allegations in this Complaint, as if set forth fully herein.

43. Defendant Oren Alexander knowingly enticed Ms. Tutor to travel to New York to attend the *Top Producer Cocktail Reception* on February 10, 2014 and to attend a recruiting dinner later that night based on the opportunity to meet and network with top Douglas Elliman executives and agents, like Oren.

44. On information and belief, Oren intended to use force or fraud to commit sex acts with one or more women attending the *Top Producer Cocktail Reception* or subsequent recruitment dinner.

45. Oren drugged Ms. Tutor, causing her to lose control of her faculties and lose hours of her memory of that night.

46. Oren took advantage of Ms. Tutor's seriously impaired state and assaulted her during the dinner.

47. Oren's assault of Ms. Tutor caused her to sustain monetary damages and serious psychological and emotional distress.

48. Ms. Tutor is entitled to damages resulting from the sexual assault committed by Oren in an amount to be determined at trial, as well as reasonable attorneys' fees pursuant to 18 U.S.C. § 1595(a).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

i. Award compensatory and/or statutory damages in favor of Plaintiff in an amount to be determined at trial;

ii. Award Plaintiff the costs of this action, including reasonable attorneys' fees and expenses and expert fees;

iii. Award punitive damages;

iv. Award pre- and post-judgment interest; and

v. Grant all such other and further relief as it deems just and proper.

Dated: March 5, 2026
New York, New York

Respectfully submitted,

/s/ Roberta A. Kaplan
Roberta A. Kaplan
D. Brandon Trice
Philip W. Young
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
pyoung@kaplanmartin.com

*Counsel for Plaintiff Tracy Tutor*