UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                            :

TRACY TUTOR,                        :

                       Plaintiff,    :

                                              :           26 Civ. 1813 (LGS)

                 -against-             :

                                              :                  **ORDER**

OREN ALEXANDER,             :

                       Defendant.   :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this case was recently assigned to me for all purposes.

       WHEREAS, this Court has entered six-month informal stays in similar actions, *see, e.g.*, *Willett v. Alexander*, No. 24 Civ. 05672 (NRB) at Dkt. No. 23, given that there are at least two appeals pending before the Second Circuit that raise substantially similar legal issues to those presented by defendants in those cases, *see Parker v. Alexander*, No. 24 Civ 4813 (LAK), 2025 WL 268436 (S.D.N.Y. Jan. 22, 2025); *Doe v. Black*, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024). It is hereby

       **ORDERED** that, by **March 13, 2026**, each party shall file a letters on the dockets stating their position on whether a stay should be entered in this case as well.

Dated: March 9, 2026
        New York, New York

                                            LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE